### 53445. TRUST COMPANY OF COLUMBUS v. FERRIOR et al.

WEBB, Judge.

"In this garnishment case the trial court set aside a judgment against the garnishee but did not terminate the garnishment proceeding. This order is not a final judgment. *Finch v. Kilgore,* 120 Ga. App. 320 (170 SE2d 304). There is no certificate of immediate review nor has this court granted an application for an appeal under Code Ann. § 6-701 (a). The appeal is premature and must be dismissed. *Nash v. Carlile,* 138 Ga. App. 906. On remand see *Coursin v. Harper,* 236 Ga. 729; *Battles v. Battles,* 138 Ga. App. 841." *Wright v. Wright,* 139 Ga. App. 60 (228 SE2d 9) (1976).

*Appeal dismissed. Deen, P. J., and Marshall, J., concur.*

ARGUED FEBRUARY 15, 1977 — DECIDED FEBRUARY 18, 1977.

*Araguel & Sanders, Jerry D. Sanders, Charles C. Carter,* for appellant.

*Hatcher, Stubbs, Land, Hollis & Rothschild, Jerry A. Buchanan, J. Barrington Vaught,* for appellees.